UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STEPPING STONEZ DEVELOPMENT, LLC, *et al.*,<br><br>Defendants. | Case No. CV-16-00351-PHX-DJH<br><br>AFFIDAVIT OF ACKNOWLEDGMENT OF SERVICE OF ORDER BY DEFENDANT STEPHEN J. REMLEY |

Stephen J. Remley, being duly sworn, hereby states and affirms as follows:

1. My name is Stephen Remley. I am a citizen of the United States and over the age of eighteen. I have personal knowledge of the facts set forth in this Affidavit.

2. I am a defendant in *Federal Trade Commission v. Stepping Stonez Development, LLC, et al.*, Case No. CV-16-00351-PHX-DJH (D. Ariz.). Stepping Stonez Development, LLC and Intentional Growth, LLC are also defendants in *Federal Trade Commission v. Stepping Stonez Development, LLC, et al.*, Case No. CV-16-00351-PHX-DJH (D. Ariz.).

3. On December 5th, 2016, I received a copy of the Stipulated Final Order for Permanent Injunction and Monetary Judgment (Docket Entry 44), which was signed by the Honorable Diane J. Humetewa and entered by the Court on November 30, 2016.

4. I am authorized to accept service of process on Stepping Stonez Development, LLC. On December 5th, 2016, Stepping Stonez Development, LLC received a copy of the Stipulated Final Order for Permanent Injunction and Monetary Judgment (Docket

1  Entry 44), which was signed by the Honorable Diane J. Humetewa and entered by the

2  Court on November 30, 2016.

3  5.   I am authorized to accept service of process on Intentional Growth, LLC. On

4  December 5th, 2016, Intentional Growth, LLC received a copy of the Stipulated Final

6  Order for Permanent Injunction and Monetary Judgment (Docket Entry 44), which was

7  signed by the Honorable Diane J. Humetewa and entered by the Court on November 30,

8  2016.

10  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12  Executed on December 5, 2016, at Gilbert, AZ.

14  Stephen J. Remley

16  State of Arizona, City of Gilbert

17  Subscribed and sworn to before me this 5th day of December, 2016.

19  _____
20  Notary Public
    My Commission Expires:
21  10/17/20

**TRACI K. KAUFMAN**
Notary Public   State of Arizona
Maricopa County
My Commission Expires
October 17, 2020